IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS | : : | Transferor District Court Middle District of Louisiana |
| v. | : : | |
| CERTAIN DEFENDANTS | : : | |

**O R D E R**

**STATUS AND SCHEDULING CONFERENCE**

**AND NOW,** this **4th** day of **March, 2010,** it is hereby **ORDERED** that a status and scheduling conference will be held in the captioned cases[1] on **Tuesday, March 30th, 2010** at **10:00 am** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.  Prior to the conference, counsel shall review and ascertain the status of each case.

It is further **ORDERED** that failure to appear at the conference shall result in the dismissal of the case without prejudice.

It is further **ORDERED** that, as to all open cases, counsel for the plaintiff shall be prepared to provide at the hearing the following information:

a.) Certification of compliance with Administrative

---

[1] See Exhibit "A", attached, for listing of individual cases.  The cases will also be listed on the Court's MDL 875 website, available at www.paed.uscourts.gov/mdl875.asp.

      Orders no. 12, 12 as amended, and 14.

      b.) Any motions pending.

      c.) Certification that Plaintiff has filed any necessary amended complaints and paid all required filing fees.

      d.) A list of unsettled defendants in each case and a proposed order dismissing the remaining viable defendants that are listed on the docket.

It is further **ORDERED** that if a Defendant wishes to challenge the sufficiency of an individual Plaintiff's Administrative Order no. 12 submission, at the hearing Defendant should be prepared to assert the specific reasons why Plaintiff has not fulfilled the requirements of Administrative Order no. 12. If compliance is contested, a hearing will be held on a subsequent date.

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may submit a letter to the court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the

list, and appropriate orders will be entered.[2]

It is further **ORDERED** that, if any of the attached cases should be transferred from the civil suspense file, the Clerk of the Court shall transfer the listed cases to the active docket for final disposition.

**AND IT IS SO ORDERED**

_____
EDUARDO C. ROBRENO, J.

---

[2] If a case listed in the attached Exhibit has been referred to a Magistrate Judge for settlement, that case will not be heard at this conference. In order to ensure that any such cases are removed from the list, please contact to Court and provide the specific case number(s) and plaintiff name(s) which must be removed.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875

| Case Number | Plaintiff | Filed Date | Flag |
|---|---|---|---|
| 2:07-cv-74124-ER | ETHEL JARREAU | 12/10/2007 | LA-M |
| 2:07-cv-74124-ER | RALPH JARREAU | 12/10/2007 | LA-M |
| 2:07-cv-74127-ER | JOHN MILLER | 12/10/2007 | LA-M |
| 2:07-cv-74128-ER | HIRAM TERRY | 12/10/2007 | LA-M |
| 2:07-cv-74131-ER | ROBERT WILLIAMS | 12/10/2007 | LA-M |
| 2:07-cv-74136-ER | HOMER MARTIN | 12/10/2007 | LA-M |
| 2:07-cv-74136-ER | CHLOE MARTIN | 12/10/2007 | LA-M |
| 2:07-cv-74137-ER | DORIS LEBLANC | 12/10/2007 | LA-M |
| 2:07-cv-74137-ER | ANDREW LEBLANC, JR. | 12/10/2007 | LA-M |
| 2:07-cv-74138-ER | TRACY BATES | 12/10/2007 | LA-M |
| 2:07-cv-74138-ER | A.J. BATES | 12/10/2007 | LA-M |
| 2:07-cv-74139-ER | SHERAN FONTENOT | 12/10/2007 | LA-M |
| 2:07-cv-74139-ER | MARJORIE FONTENOT | 12/10/2007 | LA-M |
| 2:07-cv-74140-ER | ROBERT BURNS | 12/10/2007 | LA-M |
| 2:07-cv-74140-ER | BETTY BURNS | 12/10/2007 | LA-M |
| 2:07-cv-74142-ER | JAMES MURPHY | 12/10/2007 | LA-M |
| 2:07-cv-74142-ER | WANDA MURPHY | 12/10/2007 | LA-M |
| 2:07-cv-74143-ER | EARVIN JENKINS | 12/10/2007 | LA-M |
| 2:07-cv-74143-ER | DELORES JENKINS | 12/10/2007 | LA-M |
| 2:07-cv-74144-ER | BARRY GUILLOT | 12/10/2007 | LA-M |
| 2:07-cv-74145-ER | CLARENCE THOMAS | 12/10/2007 | LA-M |
| 2:07-cv-74148-ER | JACKIE RILEY | 12/10/2007 | LA-M |
| 2:07-cv-74148-ER | EVELYN RILEY | 12/10/2007 | LA-M |
| 2:07-cv-74149-ER | JAKE AFEMAN | 12/10/2007 | LA-M |
| 2:07-cv-74150-ER | WILMER TATE | 12/10/2007 | LA-M |
| 2:07-cv-74151-ER | HERMAN HUNT | 12/10/2007 | LA-M |
| 2:07-cv-74152-ER | CURLIS BELLARD | 12/10/2007 | LA-M |
| 2:07-cv-74156-ER | EARL EDDY | 12/10/2007 | LA-M |
| 2:07-cv-74156-ER | MARY EDDY | 12/10/2007 | LA-M |
| 2:07-cv-74157-ER | VICTOR RENO, SR | 12/10/2007 | LA-M |
| 2:07-cv-74157-ER |  | 12/10/2007 | LA-M |
| 2:07-cv-74162-ER | LOUIS ARDOIN | 12/10/2007 | LA-M |
| 2:07-cv-74162-ER | NEWMAN SPANN | 12/10/2007 | LA-M |
| 2:07-cv-74162-ER | ADA BIGGS | 12/10/2007 | LA-M |
| 2:07-cv-74164-ER | CATHERINE BROWN | 12/10/2007 | LA-M |
| 2:07-cv-74164-ER | FRANK BROWN | 12/10/2007 | LA-M |
| 2:07-cv-74165-ER | ROBERT SONNIER | 12/10/2007 | LA-M |
| 2:07-cv-74166-ER | CLINTON DUCOTE | 12/10/2007 | LA-M |
| 2:07-cv-74166-ER | ERIC BLACHE | 12/10/2007 | LA-M |
| 2:07-cv-74166-ER | WALTER GRIFFEN | 12/10/2007 | LA-M |
| 2:07-cv-74167-ER | KERMIT HOLMES | 12/10/2007 | LA-M |
| 2:07-cv-74168-ER | UNA ROGER | 12/10/2007 | LA-M |
| 2:07-cv-74168-ER | SIDNEY ROGER | 12/10/2007 | LA-M |
| 2:07-cv-74170-ER | WILLIAM HAMMONS | 12/10/2007 | LA-M |
| 2:07-cv-74172-ER | MICHAEL CATANIA | 12/10/2007 | LA-M |
| 2:07-cv-74172-ER | KRISTEN CATANIA | 12/10/2007 | LA-M |
| 2:07-cv-74173-ER | CLETUS BREWER | 12/10/2007 | LA-M |
| 2:07-cv-74174-ER | TERESSA BELL | 12/10/2007 | LA-M |
| 2:07-cv-74174-ER |  | 12/10/2007 | LA-M |
| 2:07-cv-74199-ER | BETTY VAN METER | 12/20/2007 | LA-M |
| 2:08-cv-79793-ER | CHARLES DICKSON | 5/20/2008 | LA-M |

| | | | |
|---|---|---|---|
| 2:08-cv-84556-ER | GAIL BECNEL | 7/18/2008 | LA-M |
| 2:08-cv-84556-ER | DAVID BECNEL | 7/18/2008 | LA-M |
| 2:08-cv-84556-ER | CARL BECNEL | 7/18/2008 | LA-M |
| 2:08-cv-87143-ER | LEATHA KLUKA | 8/11/2008 | LA-M |
| 2:08-cv-87144-ER | KEITH HORNBECK | 8/11/2008 | LA-M |
| 2:08-cv-87144-ER | KERRI DAVIS | 8/11/2008 | LA-M |
| 2:08-cv-87144-ER | KELLY BERNARD | 8/11/2008 | LA-M |
| 2:08-cv-87144-ER | LAVONNE WATTIGNEY | 8/11/2008 | LA-M |
| 2:08-cv-87777-ER | MICHAEL HACKLER | 8/22/2008 | LA-M |
| 2:08-cv-87778-ER | GEORGE LANDESS | 8/22/2008 | LA-M |
| 2:08-cv-87779-ER | MICHAEL HACKLER | 8/22/2008 | LA-M |
| 2:08-cv-87780-ER | LORENE BARTON | 8/22/2008 | LA-M |
| 2:08-cv-87781-ER | KERI COOK | 8/22/2008 | LA-M |
| 2:08-cv-87781-ER | JUNE THOMAS | 8/22/2008 | LA-M |
| 2:08-cv-87781-ER | KEVIN THOMAS | 8/22/2008 | LA-M |
| 2:08-cv-87781-ER | KEITH THOMAS | 8/22/2008 | LA-M |
| 2:08-cv-87781-ER | | 8/22/2008 | LA-M |
| 2:08-cv-88873-ER | MICHAEL HACKLER | 9/12/2008 | LA-M |
| 2:08-cv-88873-ER | MALCOLM WALL | 9/12/2008 | LA-M |
| 2:08-cv-88873-ER | FRANCES HACKLER | 9/12/2008 | LA-M |
| 2:08-cv-88873-ER | ANNA HACKLER WALL | 9/12/2008 | LA-M |
| 2:08-cv-88873-ER | JENNIFER HACKLER | 9/12/2008 | LA-M |
| 2:08-cv-88873-ER | MICHAEL HACKLER | 9/12/2008 | LA-M |
| 2:09-cv-80098-ER | HENRIETTA MCCRARY | 8/19/2009 | LA-M |
| 2:09-cv-80098-ER | EDWARD MCCRARY | 8/19/2009 | LA-M |
| 2:09-cv-80098-ER | CLAUDIA MCCRARY HUEI | 8/19/2009 | LA-M |
| 2:09-cv-91462-ER | ROOSEVELT SAMUEL | 10/15/2009 | LA-M |
| 2:09-cv-92435-ER | CECILE ROBIN | 12/1/2009 | LA-M |
| 2:09-cv-92435-ER | SANDRA CAVANAUGH | 12/1/2009 | LA-M |
| 2:09-cv-92435-ER | ALVIN ROBIN | 12/1/2009 | LA-M |
| 2:09-cv-92435-ER | MICHAEL ROBIN | 12/1/2009 | LA-M |
| 2:09-cv-92435-ER | MADELINE FALGOUT | 12/1/2009 | LA-M |

**MAILED**

| | | |
|---|---|---|
| BRIAN BLACKWELL | JANIS LEMLE | PETER HILBERT |
| DONALD CAVE | JEFFREY BOUDREAUX | R. COOPER |
| JO ANN LEA | JENA DUNCAN | RALPH HUBBARD |
| JULES LEBLANC | JENNIFER KILPATRICK | REBECCA MAY-RICKS |
| NICOLE LOUP | JENNIFER ZAJAC | RICHARD FORMAN |
| ROXANNE MCKENZIE | JESSE ADAMS | ROBERT COOPER |
| JAMES NELSON | JOHN COSMICH | ROBERT GUIDRY |
| MAGALI PUENTE-MAR | JOHN CULOTTA | ROBERT JOHNSTON |
| JACQUELINE ROMERO | JOHN GALLOWAY | ROBERT KERRIGAN |
| WILLIAM SOMMERS | JOHN GRIMLEY | ROBERT SCHMOLKE |
| SHELLEY THOMPSON | JOHN HAINKEL | RONALD AMMANN |
| AIMEE LONERGAN | JOHN KING | RONALD BROWN |
| ALEXIS PARRISH | JOHN SMITH | RONALD COLLINS |
| ALICIA WHEELER | JOHN UNSWORTH | SALLY GADEN |
| ANDRE BROUSSARD | JOHN ZVONEK | SANDRA JELKS |
| ANGELA BOWLIN | JOSEPH GARDNER | SARAH IIAMS |
| ANTHONY MILAZZO | JOSEPH MCKERNAN | SCOTT JOHNSON |
| ANTHONY STAINES | JOSHUA BOWLIN | SEAN FAGAN |
| BARRY LANDRY | KARINA GENTINETTA | SETH SCHMEECKLE |
| BEN MAYEAUX | KATHLEEN BODIN | SHERMAN FENDLER |
| CAMERON WADDELL | KATHLEEN LAMBERT | STEPHANIE RENNELL |
| CAREY GUGLIELMO | KEVIN SCHOENBERG | STEPHEN WILSON |
| CATHERINE CHAVARRI | KEVIN WEBB | THEODORE WHITE |
| CHAD DUDLEY | KHRISTINA MILLER | THOMAS BERGSTEDT |
| CHARLES HANEMANN | KIMBERLE LEVINGSTON | THOMAS KIRKLAND |
| CHARLOTTE LIVINGSTON | KIMBERLY ROSENBERG | THOMAS MILAZZO |
| CLAUDE BOSWORTH | LAMAR PUGH | THOMAS MORSE |
| CRAIG FREEMAN | LANCE ARNOLD | TODD MANUEL |
| D. HOLWADEL | LARRY CANADA | TROY BELL |
| DANIEL CARUSO | LAWRENCE ABBOTT | TROY CHARPENTIE |
| DANIEL PIPITONE | LAWRENCE GETTYS | TYSON SHOFSTAHL |
| DAVID BIENVENU | LEON GARY | VALERIE SCHEXNAYDE |
| DAVID TOLIN | LISA MATTHEWS | VALERIE SERCOVICH |
| DOROTHY LAWRENCE | LISA WINTER | VICKY NEUMEYER |
| EDWARD MCGOWAN | LORI MOSER | VIRGIL LACY |
| ELIZABETH QUINN | LORI SCHRIER | VIRGINIA HEIMSATH |
| ETHEL COHEN | LYNN LUKER | WALTER MARCUS |
| EUGENE RADCLIFF | MAGDALEN BICKFORD | WILLIAM ARGEROS |
| FORREST WILKES | MELISSA THERIOT | WILLIAM BAGGETT |
| FRANCIS ACCARDO | MEYER GERTLER | WILLIAM BAGGETT |
| FRANCIS NEUNER | MICHAEL HAROLD | WILLIAM HARRISON |
| GARY ROTH | MICHAEL JOHNSON | WILLIAM WILKINS |
| GEOFFREY SNODGRASS | MICHAEL MENTZ | HENRI WOLBRETTE |
| GEORGE COVERT | MICHAEL PRUDHOMME | ELIZABETH CARVILLE |
| GEROLYN ROUSSEL | MICHELE ALLEN-HART | R. CHURCH |
| GLENN SWETMAN | MICKAL ADLER | WALTER COMEAUX |
| GREGORY BODIN | NANCY BRECHTEL | ARTHUR LEITH |
| GUENTON SLAWSON | OLIVIA REGARD | THOMAS TAYLOR |
| HARRY FORST | PATRICK MCMURTRAY | CAMERON WADDELL |
| J. JOHNSON | PEGGY NEWTON | JAMES PERCY |
| J. VERON | PERRY ROUSSEL | JAMES WOODS |
| | | JANET MACDONELL |

**E-MAILED**

| | | |
|---|---|---|
| ANITA CATES | GEOFFREY CLEMENT | LAURA KRAEMER |
| ADAM DEMAHY | GEORGE NALLEY | LAWRENCE PUGH |
| AARYN GIBLIN | GINO FORTE | LYNN LUKER |
| ANTONIO RODRIGUEZ | CHARLES GIORDANO | MICHAEL ABRAHAM |

| | | |
|---|---|---|
| ALLISON BENOIT | GARY LEE | MICHELE CROSBY |
| ANDREW MEYERS | F. REDDITT | DEBORAH KUCHLER |
| ANDREW WEINSTOCK | GREGORY ANDING | MARGARET JOFFE |
| ANDREW PLAUCHE | GORDON WILSON | MCGREADY RICHESON |
| BARRYE MIYAGI | HEATHER ANGELICO | MARK VAN HORN |
| BRIAN BOSSIER | HALIMA SMITH | NORMAN SULLIVAN |
| BLAINE MOORE | J. SMITH | DARREL PAPILLION |
| CAROL GALLOWAY | JENNIFER ADAMS | PAUL KERLIN |
| CHRISTINE BRUNEAU | JERALD ALBUM | PHILIP BRICKMAN |
| CHARLES WILMORE | JAMES PATE | PATRICK COSTELLO |
| CHRISTOPHER GRACE | JANICE CULOTTA | PATRICK PENDLEY |
| CHRISTOPHER ALFIERI | JULIE BAXTER | RICHARD CHOPIN |
| CHARLES RILEY | JACQUES DEGRUY | JACK DODSON |
| CHARLES SCHMIDT | JEANETTE RIGGINS | ROBERT EMMETT |
| DAVID OLIVER | JED MESTAYER | ROBERT LANDRY |
| DAVID NELSON | JENNIFER SIGLER | ROBERT DILLE |
| DAVID BARFIELD | JONATHAN HILBUN | RICHARD PERLES |
| DOUGLAS ELLIOTT | JOHN NIESET | RICHARD SULZER |
| DARRYL FOSTER | JENNIFER MORRIS | ROBERT URANN |
| DOUGLAS KINLER | JUAN BAUTA | RUSSELL BROWN |
| DOMINIC OVELLA | JOHN SHERIDAN | ROBERT WILLIAMS |
| JUANA PARKS | JAMES THOMPSON | SCOTT SEILER |
| DAVID REDMANN | JAMES WATSON | SHERI FAUST |
| DAVID TOLIN | KATHLEEN DREW | STEPHEN GLUSMAN |
| ELIA DIAZ-YAEGE | KELLY BOGART | JENA SMITH |
| EDWARD LANDRY | KAYE COURINGTON | SAMUEL ROSAMOND |
| EDWIN ELLINGHAUS | KIMBERLY DELK | STEPHANIE SKINNER |
| ERNEST FOUNDAS | KEVIN MARRINAN | SUSAN KOHN |
| ERIC SHUMAN | KATHERINE OSBORNE | TIFFANY DICKENSON |
| ANGELIQUE FREEL | KENAN RAND | VIONNE DOUGLAS |
| GARY BEZET | KRISTOPHER WILSON | EDWARD WALTERS |
| GAYLA MONCLA | LAWRENCE DUPLASS | WILTON BLAND |
| | | WILLIAM SCHUETTE |
| | | ARTHUR STOUT |